UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: Jason Kozuszko                                Case No.:19-15378-MAM
SS#:-4843                                            Chapter 13

    Debtor.
_____/

**Debtor's Motion to Modify Chapter 13 Plan After Confirmation**

The Debtor(s), Jason Kozuszko, by and through the undersigned attorneys, files this Motion to Modify Chapter 13 Plan After Confirmation and states:

1. Debtor's 5th Amended Plan was confirmed previously by this Court. The Debtor works as an RV salesman who has had his hours reduced due to COVID-19 resulting in a temporary loss of income. As a result of the loss of income, the Debtor requires a period of reduced payments, otherwise he will not be able to fund the Plan which he pays his homestead mortgage through. Thus, he seeks to modify the Chapter 13 Plan to extend the Plan term to eighty-four(84) months.

2. By reason of the foregoing, the Debtor proposes that, pursuant to §1329 of the Bankruptcy Code and the CARES act, the Chapter 13 Plan be modified in accordance with the proposed 1st Modified Plan attached hereto.

**WHEREFORE** the Debtor respectfully requests that this Court enter an Order confirming the Debtor's 1st Modified Chapter 13 Plan and demands such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing and the 1st Modified Chapter 13 Plan have been furnished via electronic filing to **Robin R. Weiner**, Trustee, P.O. Box 559007, Fort Lauderdale, FL 33355-9007; **A.U.S.T.**, 51 SW First Avenue, Room 1204, Miami, FL 33130, and **all creditors** listed on attached Creditors Matrix via 1st Class U.S. Mail this \_\_\_\_ day of May, 2020.

Law Firm of Hoskins, Turco, Lloyd & Lloyd
By: Colin V. Lloyd, Esquire
Florida Bar No.:0165182
302 South Second Street
Fort Pierce, FL 34950
(772) 464-4600
(772) 465-4747  fax

UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ MMM 1st _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Jason Kozuszko            JOINT DEBTOR: _____            CASE NO.: 19-15378-MAM

SS#: xxx-xx- 4843                 SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ■ Included | ☐ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $786.27 for months 1 to 13 ;
2. $3,066.60 for months 14 to 14 ;
3. $1,406.43 for months 15 to 20 ;
4. $1,601.60 for months 21 to 84 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $8350.00 | Total Paid: | $400.00 | Balance Due: | $7950.00 |
|---|---|---|---|---|---|
| Payable | $77.26 | /month (Months 1 to 13 ) | | | |
| Payable | $1,559.25 | /month (Months 14 to 14 ) | | | |
| Payable | $50.00 | /month (Months 15 to 20 ) | | | |
| Payable | $84.77 | /month (Months 21 to 80 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,650 + $1,600 MMM + $525 Interest Rate Motion + $525 Lien Avoid + $525 Mot Reinstate + $525 Mod

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Wilmington Savings Fund Society and/or FCI Lender Services, Inc.

Debtor(s): Jason Kozuszko                   Case number: 19-15378-MAM

| | | | | |
|---|---|---|---|---|
| Address: 120 South Sixth Street #2100, Minneapolis, MN 55402 | Arrearage/ Payoff on Petition Date | | | |
| | MMM PPP Permanent Payment | $617.23 | /month (Months  1  to  13 ) | |
| | MMM PPP Permanent Payment | $1,178.57 | /month (Months  14  to  84 ) | |

Last 4 Digits of Account No.: 5880

Other: payments commenced in month 4 per mortgage modification agreement with Creditor

■ Real Property
   ■ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
   ☐ Escrow is included in the regular payments
   ■ The debtor(s) will pay  ■ taxes  ■ insurance directly

Address of Collateral:
1843 SE Elrose St Port Saint Lucie, FL 34952

☐ Personal Property/Vehicle
Description of Collateral: _____

---

2. Creditor: Commuter Cars, LLC

Address: 403 Roselyn Ave., Ft. Pierce, FL 34982

Arrearage/ Payoff on Petition Date  11,200.00

| | | |
|---|---|---|
| Payoff (Including 5% monthly interest) | $47.47 | /month (Months  1  to  13 ) |
| Payoff (Including 5% monthly interest) | $50.00 | /month (Months  14  to  20 ) |
| Payoff (Including 5% monthly interest) | $192.66 | /month (Months  21  to  84 ) |

Last 4 Digits of Account No.: unk

Other: interest rate set by separate Order. Payments total $13,297.20

☐ Real Property
   ☐ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
   ☐ Escrow is included in the regular payments
   ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:

■ Personal Property/Vehicle
Description of Collateral: 2009 GMC Yukon(VIN 1GKEC33399R2010025)

B. **VALUATION OF COLLATERAL:**  ■ NONE

C. **LIEN AVOIDANCE**  ☐ NONE

   ■ Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-3.

1. Creditor: Martin Memorial Medical Center, Inc.

   Address: POB 9010, stuart, FL 34995

   Collateral: 1843 SE Elrose St Port Saint Lucie, FL 34952

   Exemption: homestead

Last 4 Digits of Account No.: unk

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ■ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ■ NONE

IV.    **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

Debtor(s): Jason Kozuszko  Case number: 19-15378-MAM

    A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ◼ NONE
    B. **INTERNAL REVENUE SERVICE:** ◼ NONE
    C. **DOMESTIC SUPPORT OBLIGATION(S):** ◼ NONE
    D. **OTHER:** ◼ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

    A. Pay ___$84.77___ /month (Months _81_ to _84_ )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C. **SEPARATELY CLASSIFIED:** ◼ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

    ◼ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

    ◼ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

    ◼ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

The rate provided for in the original order regarding Commuter Cars, LLC is extended to 84 months for a total of $13,297.20 and that the confirmation order supersedes the prior order (DE#57).

    ◼ Mortgage Modification Mediation

Debtor(s): Jason Kozuszko    Case number: 19-15378-MAM

1  The debtor has filed a Verified Motion for Referral to MMM with:
Wilmington Savings Fund Society and/or FCI Lender Services, Inc.  ("Lender")
loan number 5880
for real property located at 1843 SE Elrose St Port Saint Lucie, FL 34952

The parties shall timely comply with all requirements of the Order of Referral to MMM and all Administrative Orders/Local Rules regarding MMM. While the MMM is pending and until the trial/interim payment plan or the permanent mortgage modification/permanent payment is established by the parties, absent Court order to the contrary, the debtor has included a post-petition monthly plan payment (a) with respect to the debtor's homestead, of no less than the lower of the prepetition monthly contractual mortgage payment or 31% of the debtor's gross monthly income (after deducting any amount paid toward HOA fees due for the property) and (b) with respect to income producing property, of no less than 75% of the gross income generated by such property, as a good faith adequate protection payment to the lender. All payments shall be considered timely upon receipt by the trustee and not upon receipt by the lender.

Until the MMM is completed and the Final Report of Mortgage Modification Mediator is filed, any objection to the lender's proof of claim on the real property described above shall be held in abeyance as to the regular payment and mortgage arrearage stated in the proof of claim only. The debtor shall assert any and all other objections to the proof of claim prior to confirmation of the plan or modified plan.

If the debtor, co-obligor/co-borrower or other third party (if applicable) and the lender agree to a settlement as a result of the pending MMM, the debtor will file the MMM Local Form "Ex Parte Motion to Approve Mortgage Modification Agreement with Lender" (or Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender) no later than 14 calendar days following settlement. Once the settlement is approved by the Court, the debtor shall immediately amend or modify the plan to reflect the settlement and the lender shall amend its Proof of Claim to reflect the settlement, as applicable.

If a settlement is reached after the plan is confirmed, the debtor will file a motion to modify the plan no later than 30 calendar days following approval of the settlement by the Court and the Lender shall have leave to amend its Proof of Claim to reflect the settlement reached after confirmation of the plan. The parties will then timely comply with any and all requirements necessary to complete the settlement.

In the event the debtor receives any financial benefit from the lender as part of any agreement, the debtor shall immediately disclose the financial benefit to the Court and the trustee and amend or modify the plan accordingly.

If the lender and the debtor fail to reach a settlement, then no later than 14 calendar days after the mediator's Final Report is filed, the debtor will amend or modify the plan to (a) conform to the lender's Proof of Claim (if the lender has filed a Proof of Claim), without limiting the Debtor's right to object to the claim or proceed with a motion to value; or (b) provide that the real property will be "treated outside the plan." If the property is "treated outside the plan," the lender will be entitled to in rem stay relief to pursue available state court remedies against the property. Notwithstanding the foregoing, lender may file a motion to confirm that the automatic stay is not in effect as to the real property.

Confirmation of the plan will be without prejudice to the assertion of any rights the lender has to address payment of its Proof of Claim.

Debtor(s): Jason Kozuszko    Case number: 19-15378-MAM

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor _____    _____ Joint Debtor _____
Jason Kozuszko                              Date                                                                                       Date

_____    5/18/20
Attorney with permission to sign on                Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**

*Jxp 90*

### Modification Ledger

**Date: May 18, 2020**

**Debtors(s):** Jason Kozuszko  
**Case No.:** 19-15378-MAM

| | | | |
|---|---|---|---|
| Petition Filed: | Thu, Apr 25, 2019 | Attorney Name: | Colin Lloyd, Esquire |
| Date Confirmed: | Thu, Oct 10, 2019 | Atty. Fee in Plan: | $6,900.00 |
| Receipts Less Refunds: | $12,288.12 | Atty. Arrears Amt.: | ($556.60) |
| Balance on Hand: | $2,066.60 | Atty. Paid to Date: | $1,004.32 |

*6945.68*

| Creditor Name | Type | Claim Amt. | Prin. Owed | Prin. Paid | Mo. Pymt. |
|---|---|---|---|---|---|
| AC Auto Pay | U | $0.00 | $0.00 | $0.00 | $0.00 |
| AC Auto Pay | U | $0.00 | $0.00 | $0.00 | $0.00 |
| American Medical Collection | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Automotive Credit Corp | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank of America, N.A. | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank of America, N.A. | U | $1,604.02 | $80.20 | $0.00 | $0.00 |
| Calvalry SPV I, LLC | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Capital Accounts | U | $0.00 *12680.15* | $0.00 | $0.00 | $0.00 |
| Capital Asset Recovery | V | $12,681.47 | ~~$12,064.42~~ | $617.05 | $221.82 |
| Cavalry SPV I, LLC | U | $756.27 | $37.81 | $0.00 | $0.00 |
| CCI Contract Callers | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Commutercars | D | $0.00 | $0.00 | $0.00 | $0.00 |
| Commutercars | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Commutercars | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Credit Management, LP | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Credit Management, LP | U | $0.00 | $0.00 | $0.00 | $0.00 |
| FCI Lender Services, Inc. | D | $0.00 | $0.00 | $0.00 | $0.00 |
| Forest Recovery Service | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Jefferson Capital Systems LLC | U | $845.65 | $42.28 | $0.00 | $0.00 |
| Jefferson Capital Systems, LLC | N | $0.00 | $0.00 | $0.00 | $0.00 |
| JPMorgan Chase Bank, NA | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Manganelli & Leider, P.A. | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Martin Health System | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Montgomery Ward | U | $1,267.03 | $63.35 | $0.00 | $0.00 |
| Platinum Auto Finance | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Quantum 3 Group LLC | U | $303.00 | $15.15 | $0.00 | $0.00 |
| Quantum 3 Group LLC | U | $1,330.13 | $66.51 | $0.00 | $0.00 |
| Regional Acceptance Corporation | U | $4,410.50 | $220.52 | $0.00 | $0.00 |
| Select Portfolio Servicing | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Shellpoint Mortgage Servicing | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Suntrust Bank | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Suntrust Bank | U | $1,904.97 | $95.25 | $0.00 | $0.00 |
| T Mobile/T-Mobile USA Inc. | U | $1,040.69 | $52.03 | $0.00 | $0.00 |
| U.S. Bank Trust National | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Dealer Services | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Wilmington Savings Fund Society, FSB | r | $65,337.96 | $57,314.00 | $8,023.96 | $1,146.28 |

*83,678.44*

*Atty thru June disb. s/b 2,558.48 - 1004.32 = 1554.16 + 525 = 2,079.16*

*reg → 1,146.28 × 80 = 91,702.40*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 19-15378-MAM<br>Southern District of Florida<br>West Palm Beach<br>Mon May 18 08:31:36 EDT 2020 | Capital Asset Recovery<br>PO Box 192585<br>Dallas, TX 75219-8523 | Wilmington Savings Fund Society, FSB, as Own<br>c/o Mandel, Manganelli & Leider, P.A.<br>1900 NW Corporate Blvd.<br>Suite 305W<br>Boca Raton, FL 33431-7340 |
| AMCA/American Medical Collection Agency<br>Attention: Bankruptcy<br>4 Westchester Plaza, Suite 110<br>Elmsford, NY 10523-1615 | Ac Autopay Llc<br>1147 Broadway<br>Denver, CO 80203-2106 | Automotive Credit Corp<br>Attn: Bankruptcy<br>26261 Evergreen Rd  Ste 300<br>Southfield, MI 48076-7509 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | CCI/Contract Callers Inc<br>Attn: Bankruptcy Dept<br>501 Greene St Ste 302<br>Augusta, GA 30901-4415 | Capital Accounts<br>Attn:  Bankruptcy Dept<br>Po Box 140065<br>Nashville, TN 37214-0065 |
| Cavalry Investments, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Chase Auto Finance<br>National Bankruptcy Dept<br>201 N Central Ave Ms Az1-1191<br>Phoenix, AZ 85004-1071 | Commonwealth Financial Systems<br>Attn: Bankruptcy<br>245 Main Street<br>Dickson City, PA 18519-1641 |
| Commuter Cars, LLC<br>403 Roselyn Ave.<br>Ft. Pierce, FL 34982-5926 | Commutercars<br>403 Roselyn Ave<br>Fort Pierce, FL 34982-5926 | Credit Management, LP<br>Attn: Bankruptcy<br>Po Box 118288<br>Carrollton, TX 75011-8288 |
| FCI Lender Services, Inc.<br>PO Box 27370<br>Anaheim, CA 92809-0112 | Forestrecvy<br>Po Box 83<br>Barrington, IL 60011-0083 | Internal Revenue Service<br>ATTN: Bankruptcy Department<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Martin Memorial<br>200 SE Hospital Ave<br>Stuart, FL 34994-2346 | Midnight Velvet<br>Attn: Bankruptcy<br>1112 7th Avenue<br>Monroe, WI 53566-1364 |
| Montgomery Ward<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380-0849 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Platinum Auto Financ<br>25 N Main Avenue<br>Clearwater, FL 33765-3221 |
| Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Regional Acceptance Co<br>Attn: Bankruptcy<br>Po Box 1487<br>Wilson, NC 27894-1487 | Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 |
| Select Portfolio Servicing, Inc<br>10401 Deerwood Park Blvd<br>Jacksonville, FL 32256-5007 | Shellpoint Mortgage Servicing<br>55 Beattie Place<br>Greenville, SC 29601-2165 | SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 |

| | | |
|---|---|---|
| T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine, CA 92623-9657 | Wells Fargo Home Equity<br>Po Box 29704<br>Phoenix, AZ 85038-9704 |
| Wilmington Savings Fund Society<br>ATTN: Bankruptcy Department<br>120 South Sixth Street #2100<br>Minneapolis, MN 55402-1823 | Wilmington Savings Fund Society,FSB,Etc.<br>Law Offices of Mandel, Manganelli & Leid<br>1900 N.W. Corporate Blvd., Ste. 305W<br>Boca Raton, FL 33431-7340 | no name on CR Liability |
| Colin V Lloyd<br>302 So 2 St<br>Ft. Pierce, FL 34950-1559 | Jason Kozuszko<br>1843 SE Elrose St<br>Port Saint Lucie, FL 34952-5867 | Robin R Weiner<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (d)CAPITAL ASSET RECOVERY<br>P.O. BOX 192585<br>DALLAS, TX 75219-8523 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     2<br>Total                  40 |